UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| KELLY DAWN NELSON, | § § | CASE NO. 09-12290-CAG |
| Debtor | § § § | CHAPTER 7 |
| JOHN PATRICK LOWE, TRUSTEE,<br>Plaintiff | § § § | |
| V. | § § | ADV. PRO. NO. 09-1175-G |
| JACK R. RANDALL and APRYL RANDALL,<br>Defendants | § § § | |

### MOTION TO DISMISS COMPLAIN TO AVOID
### AND RECOVER A CONSTRUCTIVELY FRAUDULENT TRANSFER
### OF AN INTEREST IN REAL PROPERTY AND A PREFERENTIAL TRANSFER

TO THE HONORABLE CRAIG A. GARGOTTA, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW John Patrick Lowe, Trustee in Bankruptcy, Plaintiff in this Adversary Proceeding, makes and files this Motion, and in support thereof respectfully represents to the Court as follows:

I.

Movant is the Trustee in the underlying Chapter 7 case and the Plaintiff in the Adversary Proceeding.

II.

The Court approved a settlement of this Adversary Proceeding and the Defendants have paid the settlement proceeds to the Plaintiff.

1

### III.

The Plaintiff moves the dismissal of the Complaint with prejudice to its refiling, with costs to be paid by the Plaintiff.

DATED: April ___, 2010.

Respectfully submitted,

_____
John Patrick Lowe, Trustee,
Plaintiff
State Bar No. 12623700
318 East Nopal
Uvalde, Texas 78801
(830) 278-4471
(830) 278-6347 (fax)
Email: johnplowe@sbcglobal.net

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Motion to Dismiss Complaint to Avoid and Recover a Constructively Fraudulent Transfer of Interest in Real Property and a Preferential Transfer, has been mailed to the parties listed below, by first class mail, postage prepaid, on this the ___ day of April 2010:

**Attorney for Defendants:**

Fred E. Walker
Fred E. Walker, P.C.
609 Castle Ridge Road, Ste. 220
Austin, TX 78746

_____
Patrick Lowe